# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1639
LT Case No. 2023-CA-004193

_____

CHRISTINE YOUNG,

   Appellant,

   v.

CELLOR, INC. D/B/A URBAN AIR
ALTAMONTE SPRINGS,

   Appellee.

_____

Nonfinal appeal from the Circuit Court for Seminole County.
Mark Edward Herr, Judge.

Matthew Quattrochi and Juan F. Torrico, of Quattrochi & Torres,
P.A., Casselberry, for Appellant.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for
Appellee.


October 14, 2025

PER CURIAM.

   AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————